1983 Form

# In the United States District Court
# For the Northern District of Alabama

James Maurice Broadhead, AIS #224802.

CV-16-K-0267-S

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Correctional, LPN, Amberly Click.
Correctional, MHP, Danielle Austin.
Correctional, RN, Taresha Scott.
Correctional, LPN, Pickens.

(Enter above full name(s) of the defendant(s) in this action)

Correctional, LPN, M. Smith.
Correctional, LPN, Thomas.
Correctional, LPN, M. Wilson.
Correctional, MHP, Robert Hunter
Correctional, MHP, St. Phard,
Officers, C/O, Brian Robinson.
Officers, Sergeant, Clinton Thrasher
Officers, C/O, Michael Chambers
Officers, Lieutenant, Robert Felton
Officers, Sergeant, Richael Goddes y,
Officers, C/O, Sterling Steed.
Officers, C/O, D. Johnson.
Officers, C/O, Odom.
Officers, C/O, Randy Brown
Officers, C/O, R. Gasdon.
Correctional, Warden, Leon Bolling.

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiff(s): _____

   Defendant(s) _____

2. Court (if Federal Court, name the district; if State Court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____

II. Place of present confinement __William E. Donaldson Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? __Amberly Click and Danielle Austin,__
         __Correctional Officers__

      2. What was the result? __Taresha Scott and Pickens and M. Smith__
         __and Thomas and M. Wilson and Robert Hunter and St. Phard,__
         __and Brion Robinson, and Clinton Threasher and Michael Chambers.__

   D. If your answer is NO, explain why not? __and Robert Felton, and Richard Goddesy,__
      __and Sterling Steed, and D. Johnson, and Odom, and Randy Brown, and__
      __R. Gasdon, and Leon Bolling, and Angela Mixee, and Antqun Hill.__

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __James Broadhead__ #224802, AIS Segregations-12,
      __William E. Donaldson Correctional Facility,__
      __100, Warrior__
      Address __Bessemer, AL, 35023,__

VI. Exhaustion of Legal Remedies;

16. There is no Inmate Grievance procedure in the Alabama Department of Corrections AR #319. Inmate Grievance procedure is not available to Inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16. 18. The unlawful Deadly Physical Force on-plaintiff, constitute assault and Battery. Violated plaintiff, James Broadhead rights and constituted A Criminal Offense in Alabama under the statutes code 1896.344, Sections § 13A-3-23, Sections § 13A-12(8) section § 13A-1-2(9) of the criminal Code of 1975. 19. The broken El-bow and burst head and teeth broken of plaintiff Violated plaintiff James. rights under the statutes sections § 13A-3-23, 13A-1-2(8) 13A-1-2(9) of the criminal code of 1975, and constituted Dueprocess Violation unde Color of state law, under the section § 8,10,11,13, 15, of Art I of the constitution of Alabama of 1901. 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks;

VI. Prayer For relief wherefore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21. A. declaration that the acts and omissions described here in Violated plaintiffs rights under the statutes under the criminal Offense under the title 13A criminal code, of 1975, and the constitution and laws of the state of Alabama 22. Compenseatory dUamages in the amount of $10,000,00 against each defendant jointly and Severally 23. Punitive damages in the amount of $10,000,00 against each defendant 24. A jury trial on all issuest riable by jury 25. Granting Appointment of counsel 26. Plaintiff cost in this case 27. Circuit Court judges authority granted them by law to excercise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975].

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _____

   is employed as _____

   at _____

C. Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

**—:** Date: 12-22-2015. 3:55 to 3:59 P.M. The Prisondo not have agrierence Proceivre But I "Still made complaint To warden and commissioner I "was Put on Transfer Donaldson So I Exhaust all available administrative remedies before The filing of This The act of The (etra) Correctional, MHP, Robert Hunter, and Correctional, MHP, Danielle Austin, all (5) is employed as Defendants acted under State Law and color of State Law with Deadly Excessive force as The Plaintiff was Beat and Struck with secure Ty Sticks by (5) Officers Named here in as Defe Ndants In said case Therefore The Plaintiff was Strucka, "Cooper Green Hospital"

-3-

855. Times by The (5) Named Defendants as The Plaintiff was Placed In a free world Hospital, where He Had a broken arm in (4) Places and Staples In The Head and (4) or (5) Tee The was knocked out as There was Threats on The Plaintiff Life The Plaintiff was Transfered for His safety as The Plaitff Had fracture To His feet and ankle area

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

from Deadly Excessive force from Defendants. "Compensatory Damages In The amount of $12,000,00 against each Defendant Jointly and Sererolly for Irre Parble Injurys.... ....Punitive Damages In The amount of $12,000,00 against each Defendant Jointly and Severally for Irre Parable Injurys....., for a Total sum of $90,000,00 Thousand Dollars Total Claim Plaintiff costIn Lawsuit,

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-1-2016__
(date)

James Broadhead #S 224802,
William E, Donaldson Correctional Facility,
100, Warrior Lane
Bessemer AL, 35023

_James Broadhead_
Signature(s)

- 4 -